**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSEMARY LOPEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ETHICON, INC., et al.,<br><br>　　　　　　Defendants. | Case No.: 1:20-cv-00354 AWI JLT<br><br>ORDER CLOSING THE ACTION<br>(Doc. 61) |

The parties have stipulated to the action being dismissed with prejudice and each party to bear their own fees and costs.  (Doc. 61) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:　**April 21, 2020**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE